**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| GEORGE PAR and IVYR PLLC d/b/a/ PAR RETINA,<br><br>       Plaintiffs,<br><br>v.<br><br>WOLFE CLINIC, P.C., JARED S. NIELSEN, KYLE J. ALLIMAN, and DAVID D. SAGGAU,<br><br>       Defendants. | Case No. 4:21-CV-00290-RGE-SBJ<br><br><br>**PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT TO GRANT PLAINTIFFS LEAVE TO AMEND COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiffs George Par and Par Retina move to amend the May 15 Judgment to give Plaintiffs leave to amend their Complaint. In support of this motion, Plaintiffs state as follows:

1.    This Court has discretion to decide whether to amend the Judgment. In considering whether to amend the Judgment, the Court should consider the requirements of Rule 15, which allows amendments to pleadings in the interests of justice.

2.    Plaintiffs have attached a proposed Amended Complaint, a supporting brief, and are seeking leave to file under seal a redline showing the proposed amendments to the original Complaint.

3.    The proposed Amended Complaint does not alter the legal theory in this case but alleges additional facts supporting its antitrust claims. It clarifies that the geographic market of Central Iowa comprises 32 counties. Indeed, Wolfe Clinic's own documents refer to these 32 counties as constituting Central Iowa. Few patients travel to this area to receive vitreoretinal care, and few patients leave this area to receive such care.

1

4.      The Amended Complaint explains in greater detail, and with additional facts, how the exclusionary conduct at issue here affected competition generally and forced Par Retina out of business. Among other things, by locking up referrals, including by acquiring optometry practices, including a practice in Carroll in the past couple of years, and forcing those optometrists to refer to Wolfe Clinic, Wolfe Clinic prevented potential competitors from obtaining access to patients.

5.      Wolfe Clinic has also become the sole provider of vitreoretinal care for a hospital in Carroll and became the sole on-call vitreoretinal care provider for the Mercy system.

6.      In gaining exclusive access to hospital facilities, Wolfe Clinic prevented Dr. Par and other competitors from using those facilities as a base of operations.

7.      In the interests of justice, the Court should permit Plaintiffs to amend their Complaint.

8.      Plaintiffs conferred with Defendants. Defendants resist this Motion.

For the foregoing reasons, Plaintiffs respectfully moves that the Court amend the Judgment, and grant Plaintiffs leave to amend their Complaint.


Date:   June 13, 2022                          Respectfully submitted,

                                               /s/ Angel West, AT0008416
                                               /s/ Thomas C. Goodhue, AT0013533
                                               MAYNARD COOPER & GALE
                                               801 Grand Avenue, Suite 100
                                               Des Moines, Iowa 50309
                                               Telephone: (515) 686-8223
                                               Facsimile: (205) 254-1999
                                               awest@maynardcooper.com
                                               tgoodhue@maynardcooper.com

                                               Carl Burkhalter
                                               MAYNARD, COOPER & GALE, P.C.

1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T: (205) 254-1000
F: (205) 254-1999
cburkhalter@maynardcooper.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The foregoing was served upon counsel of record by filing it via CM/ECF, which causes

notice of the filing to be sent to all counsel of record.

Mark E. Weinhardt
Danielle M. Shelton
Elisabeth A. Archer
Nathan D.B. Converse
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515)244-3100
Email: mweinhardtlaw@weinhardtlaw.com
dshelton@weinhardtlaw.com
earcher@weinhardtlaw.com
nconverse@weinhardtlaw.com

Attorneys for Defendants

/s/ Thomas C. Goodhue