# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| GEORGE PAR, and IVYR PLLC d/b/a/ PAR RETINA,<br><br>Plaintiffs,<br><br>v.<br><br>WOLFE CLINIC, P.C., JARED S. NIELSEN, KYLE J. ALLIMAN, and DAVID D. SAGGAU,<br><br>Defendants. | Case No. 4:21-CV-00290-RGE-SBJ e<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs George Par and IVYR PLLC ("Par Retina") appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Order filed May 10, 2022 (Doc. No. 87) Granting Defendants' Partial Motion to Dismiss and Remanding Remaining Claims; and (2) Final Judgment in a Civil Case in favor Wolfe Clinic, P.C., David D. Saggau, Jared S. Nielsen, and Kyle J. Alliman entered on May 16, 2022 (Doc. No. 88) and all adverse rulings and orders included or inhering in that Final Judgment; and all adverse rulings and orders included or inhering in that Judgment.

Plaintiffs filed a Rule 59(e) motion on June 13, 2022 (Doc No. 90). Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B), the District Court is not divested of jurisdiction until after it has ruled on Plaintiffs' Rule 59(e) motion.

Date:  June 15, 2022               Respectfully submitted,

/s/ Angel West, AT0008416
/s/ Thomas C. Goodhue, AT0013533

MAYNARD, COOPER & GALE, P.C.
801 Grand Avenue, Suite 100
Des Moines, Iowa 50309
Telephone: (515) 686-8223
Facsimile: (205) 254-1999
awest@maynardcooper.com
tgoodhue@maynardcooper.com

Carl Burkhalter (*pro hac vice*)
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T: (205) 254-1000
F: (205) 254-1999
cburkhalter@maynardcooper.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The foregoing was served upon counsel of record by filing it via CM/ECF, which causes notice of the filing to be sent to all counsel of record.

Mark E. Weinhardt
Danielle M. Shelton
Elisabeth A. Archer
Nathan D.B. Converse
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515)244-3100
Email: mweinhardtlaw@weinhardlaw.com
dshelton@weinhardtlaw.com
earcher@weinhardtlaw.com
nconverse@weinhardtlaw.com

Attorneys for Defendants

/s/ Thomas C. Goodhue