# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

**CIVIL NUMBER:**

Plaintiff(s),

v.                      **AMENDED JUDGMENT IN A CIVIL CASE**

Defendant(s),

**JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Date:

                                                 CLERK, U.S. DISTRICT COURT

                                                 By: Deputy Clerk