# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 05, 2022

Ms. Angel A. West
MAYNARD & COOPER
Suite 100
801 Grand Avenue
DeMoines, IA  50309

  RE:  22-2286  George Par, et al v. Wolfe Clinic, P.C., et al

Dear Counsel:

  This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on June 16, 2022.

              Michael E. Gans
              Clerk of Court

AEV

Enclosure(s)

cc: Mr. Carl Stanley Burkhalter
   Mr.  Clerk, U.S. District Court, Southern Iowa
   Mr. Nathan D.B. Converse
   Mr. Thomas Clinton Goodhue
   Mr. Andrew P. Leiendecker
   Mr. Peter Joseph Schwingler
   Ms. Danielle M. Shelton
   Ms. Elisabeth A. Tursi
   Mr. Mark E. Weinhardt

  District Court/Agency Case Number(s):   4:21-cv-00290-RGE